
```
1  PETER N. HADIARIS, ESQ.
   State Bar No. 122590          Signed and Filed: June 4, 2019
2  23 Pleasant Lane
   San Rafael, CA 94901
3  415/694-0052
   peter@hadiaris.com            _____
4  Attorney for secured creditor DENNIS MONTALI
   Judith Bolter                 U.S. Bankruptcy Judge
5
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | |
|---|---|---|
| ROBIN ELAINE WILSON | ) | No. 16-31073 |
| Debtor(s) | ) | Chapter 7 |
| _____ | ) | ORDER DIRECTING ABANDONMENT OF CLAIM |

This matter came before the court on the stipulation of the trustee and the debtor for the abandonment of the estate's interest in its claims in *Wilson v. Bolter*, San Francisco County Superior Court No. 14-543248, including the pending appeals in the California Court of Appeals Nos. A149547 and A149689. Creditors have been given notice and an opportunity for hearing, and no party in interest has objected.

Therefore, it is ordered that the stipulation is approved and the estate's interest in its claims in *Wilson v. Bolter*, San Francisco County Superior Court No. 14-543248, including the pending appeals in the California Court of Appeals Nos. A149547 and A149689, is abandoned.

**** END OF ORDER ****

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Robin Wilson |
| | 1468 25th St. #404 |
| 3 | San Francisco, CA 94107 |
| | (debtor) |
| 4 | |
| | All other recipients of this order are electronic filers. |
| 5 | |