# Notice Recipients

District/Off: 0971–3  User: dchambers  Date Created: 6/11/2019
Case: 16–31073  Form ID: 318  Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr  Stoneridge, LLC
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
tr  Barry Milgrom  barrymilgrom@gmail.com
aty  Cody James Wisniewski  cody.j.wisniewski@usdoj.gov
aty  Darya Sara Druch  ecf@daryalaw.com
aty  David B. Golubchik  dbg@lnbrb.com
aty  Fredric J. Greenblatt  fjg@greenblattlaw.com
aty  Michael St. James  ecf@stjames–law.com
aty  Peter N. Hadiaris  peter@hadiaris.com
aty  Stephanie Profitt  stephanie.profitt@sfgov.org
TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Robin Elaine Wilson  1468 25th Street, Apt 404  San Francisco, CA 94107
cr  Judith Bolter  Bradshaw & Associates  One Sansome St 34th Flr.  San Francisco, CA 94104
cr  Synchrony Bank  c/o Recovery Management Systems Corporat  25 SE 2nd Ave. #1120  Miami, FL 33131–1605
r  Vanguard Properties, Inc.  Neil Howard Gingold  2501 Mission Street  San Francisco, CA
cr  City and County of San Francisco  Tax Collector–Legal Section  PO Box 7426  San Francisco, CA 94120–7426
sp  James M. Braden  Law Offices of James M. Braden  44 Montgomery Street #1210  San Francisco, CA 94104
intp  Darya S. Druch  One Kaiser Plaza, Suite 1010  Oakland, CA 94612
smg  Chief Tax Collection Section  Employment Development Section  P.O. Box 826203  Sacramento, CA 94230
smg  CA Employment Development Dept.  Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280–0001
smg  CA Franchise Tax Board  Special Procedures Bankruptcy Unit  P.O. Box 2952  Sacramento, CA 95812–2952
14421057  3884 Stoneridge LLC  c/o Fred Selan  17545 Parthenia Street  Northridge, CA 91325
14495863  3884 Stoneridge, LLC  c/o Fredric J Greenblatt  22151 Ventura Blvd., Suite 200  Woodland Hills, CA 91364–1600
14449977  ACS  P.O. Box 7060  Utica, NY 13504–7051
14489991  American Express Bank, FSB  c/o Becket and Lee LLP  PO Box 3001  Malvern PA 19355–0701
14421058  Barclays Card Services  PO Box 60517  City of Industry, CA 91716–0517
14449978  Care Credit  GE Money Bank  P.O. Box 981127  El Paso, TX 79998–1127
14532039  City and County of San Francisco  Bureau of Delinquent Revenue  Tax Clearance  P.O. Box 7027  San Francisco, CA 94120
14449979  Direct Loans  US Department of Education  P.O. Box 5202  Greenville, TX 75403–5202
14449980  Discover – Bankruptcy  P.O. Box 3025  New Albany, OH 43054
14429639  Discover Bank  Discover Products Inc  PO Box 3025  New Albany, OH 43054–3025
14421059  Franchise Tax Board – Bankruptcy  P.O. Box 2952  Sacramento, CA 95812–2952
14449981  Hermanpreet Singh  c/o Abramson Smith and Waldsmith LLP  44 Montgomery Street #3340  San Francisco, CA 94104
14449982  Homeaway.com Inc.  c/o Andrew Castricone  Gordon and Rees  275 Battery Street #2000  San Francisco, CA 94111
14492790  Internal Revenue Service  Centralized Insolvency Operations  PO Box 7346  Philadelphia, PA 19114–0326
14421060  Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101–7346
14421730  Judith Bolter  Peter N. Hadiaris, Esq.,  Bradshaw & Associates,  One Sansome St., 34th Flr.,  San Francisco, CA 94104
14421061  Judy Bolter  c/o Peter Hadiaris  Bradshaw and Associates PC  One Sansome Street #3450  San Francisco, CA 94104
14421062  Nelson Goodell  The Goodell Law Firm  5 Third Street, Suite 1100  San Francisco, CA 94103
14659001  OFFICE OF THE U.S. TRUSTEE  450 GOLDEN GATE AVE., STE #05–0153  SAN FRANCISCO, CA 94102
14421955  Office of the United States Trustee  Attn: Shining J. Hsu  280 S First Street, Rm 268  San Jose, California 95113
14449983  PRA Receivables Management  P.O. Box 41021  Norfolk, VA 23541
14449984  Residential Elevators, Inc.  c/o J Stephanie Krmpotic  Low Ball and Lynch  505 Montgomery Street 7th Floor  San Francisco, CA 94111
14484386  STONERIDGE, LLC  Fredric J. Greenblatt, Esquire  GreenblattLoveridge  Attorneys at Law  22151 Ventura Boulevard, Suite 200  Woodland Hills, CA 91364–1600

| | | | | |
|---|---|---|---|---|
| 14457627 | Stoneridge, LLC | Fredric J. Greenblatt, Esquire | GreenblattLoveridge Attorneys at Law | 22151 Ventura Boulevard, Suite 200 Woodland Hills, CA 91364–1600 |
| 14440667 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541 |
| 14422546 | Synchrony Bank | c/o Recovery Management Systems Corp. | 25 SE 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 |
| 14449985 | Time Inc and Sunset Publishing Corp | c/o Eric Hillier | Wood Smith Henning and Berman LLP | 1401 Willow Pass Road #700 Concord, CA 94520 |
| 14449986 | US Department of Education | P.O. Box 530260 | Atlanta, GA 30353–0260 | |
| 14449987 | Workers Compensation Claimant re Google | Adj Gallagher Bassett Services | c/o Law Office of Matthew Brueckner | 608 29th Street Sacramento, CA 95816 |

TOTAL: 39